IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 04- 2113 JC |
| **RONALD RAYMOND SALAZAR,** ) | |
| Defendant. ) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A): Possession with intent to distribute 50 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers, and 18 U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

On or about the 28th day of July, 2004, in Grant County, in the State and District of New Mexico, the defendant, **RONALD RAYMOND SALAZAR**, did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams and more of Methamphetamine, its Salts, Isomers, and Salts of its Isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(A) and 18 U.S.C. § 2.

## SENTENCING FACTOR

The Grand Jury finds the following relevant sentencing factor is present in this case:



The charged offense involved at least 50 grams but less than 150 grams of Methamphetamine (actual), within the meaning of United States Sentencing Guideline § 2D1.1(c)(4).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID C. IGLESIAS
United States Attorney

10/01/04 2:45pm